**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CARLOS A. CAMACHO,

    Plaintiff,

v.

                                                  Case No. 2:20-cv-00834-JES-NPM

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE CARLOS A. CAMACHO ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 9th day of December 2020.

                                                        */s/ Alejandro E. Figueroa*
                                                        Alejandro E. Figueroa
                                                        Florida Bar No. 1021163
                                                        Sulaiman Law Group, Ltd.
                                                        2500 South Highland Avenue, Suite 200
                                                        Lombard, IL 60148
                                                        Phone: (630) 575-8181
                                                        alejandrof@sulaimanlaw.com
                                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa