UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS A. CAMACHO,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

Case No. 2:20-cv-00834-JES-NPM

**NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE**

NOW COMES, CARLOS A. CAMACHO ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, MIDLAND CREDIT MANAGEMENT, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 12, 2021

Respectfully Submitted,

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 12, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

                                                    */s/ Alejandro E. Figueroa*
                                                  Alejandro E. Figueroa