UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS A. CAMACHO,

    Plaintiff,

v.                           Case No: 2:20-cv-834-FtM-29NPM

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #13) filed on January 12, 2021. No answer or motion for summary judgment has been filed by defendant, therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __12th__ day of January, 2021.

                                                              JOHN E. STEELE
                                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record